## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:02CR329 |
| Plaintiff, | ) | |
| vs. | ) | |
| **RONNIE E. LAWRENCE,** | ) | **ORDER TO RELEASE** |
| | ) | **GARNISHMENT** |
| Defendant, | ) | |
| vs. | ) | |
| **MAJOR PLASTICS,** | ) | |
| Garnishee. | ) | |

This matter is before this Court on the government's motion for an order releasing the garnishment against Major Plastics (Filing No. 312).

IT IS ORDERED:

1. The government's motion for an order releasing the garnishment against Major Plastics (Filing No. 312) is granted;

2. The motion for hearing regarding garnishment (Filing No. 311) is denied as moot; and

3. The garnishment against Major Plastics, is released.

DATED this 28th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge